IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CATHERINE JO ZEBROSKI, BRIAN ZEBROSKI and TANYA TRULLI, next-of-kin and heirs at law of CHARLES D. ZEBROSKI, deceased, | * * * * * | |
| Plaintiffs | * * | |
| vs. | * * | NO: 04-CV-2709 Ml V |
| CENTURY TRANSPORTATION, INC., APPIAN FREIGHT SYSTEMS, LTD, AND GEORGE W. FREEMAN, | * * * * | |
| Defendants. | * | |

## RULE 26(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

JOINING PARTIES: **May 1, 2005**

INITIAL MOTIONS TO DISMISS: **May 20, 2005**

AMENDING PLEADINGS: **May 27, 2005**

COMPLETING ALL DISCOVERY (subject to the previously entered Order regarding a Stay of Discovery directed at the Defendant, George W. Freeman, and subject to any subsequent Order as may be entered): **December 15, 2005**

    (a)    DOCUMENT PRODUCTION: **November 3, 2005**

    (b)    DEPOSITIONS, INTERROGATORIES and REQUEST FOR ADMISSIONS



(subject to the previously entered Order regarding a Stay of Discovery directed at the Defendant, George W. Freeman, and subject to any subsequent Order as may be entered): **December 15, 2005**

    (c)    EXPERT DISCLOSURE (Rule 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: **December 15, 2005**

        (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: **January 16, 2006**

        (3)    EXPERT WITNESS DEPOSITIONS: **February 28, 2006**

FILING DISPOSITIVE MOTIONS (INCLUDING MOTIONS FOR SUMMARY JUDGMENT): **March 15, 2006**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filing that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to response by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial. The pretrial order date, pretrial conference date, and trial date

will be set by the presiding judge. It is anticipated that the trial will last four (4) days.

The parties agree that this case will be appropriate for alternative dispute resolution at the appropriate time, and agree to submit this matter to mediation subsequent to the close of discovery, or at other time agreed upon by counsel for the parties.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: April 21, 2005

APPROVED FOR ENTRY:

_____
DAN CHANNING STANLEY, Esq.
Attorney for Plaintiffs
Law Offices of J. D. Lee
The Lee Building
422 South Gay Street, #301
Knoxville, TN 37902
(1-865-544-0101)


_____
CARL WYATT (D#12304)
Attorney for Defendants
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, TN 38103
(1-901-527-4673)
(OUR FILE: #03-500GZ)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02709 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

J. D. Lee
LAW OFFICE OF J.D. LEE
422 S. Gay St.
Ste. 301
Knoxville, TN 37902

David C. Zimmaro
WALLACE CHAPAS & ASSOCIATES P.C.
Suite 2200, Grant Building
Pittsburgh, PA 15219--238

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Dan Channing Stanley
LAW OFFICES OF J.D. LEE
422S. Gay Street Suite 301
Knoxville, TN 37902

Honorable Jon McCalla
US DISTRICT COURT