IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CATHERINE JO ZEBROSKI, et al., )
)
    Plaintiffs, )
)
v. )   No. 04-2709 Ml/V
)
CENTURY TRANSPORTATION, INC., )
et al., )
)
    Defendants. )
)

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on April 22, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last four (4) days, is set to begin <u>Monday, May 22, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, May 15, 2006 at 8:45 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>May 8, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-9-05

31

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 4 day of May, 2005.

/s/ Jon P. McCalla
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02709 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Dan Channing Stanley
LAW OFFICES OF J.D. LEE
422S. Gay Street Suite 301
Knoxville, TN 37902

J. D. Lee
LAW OFFICE OF J.D. LEE
422 S. Gay St.
Ste. 301
Knoxville, TN 37902

David C. Zimmaro
WALLACE CHAPAS & ASSOCIATES P.C.
Suite 2200, Grant Building
Pittsburgh, PA 15219--238

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT