## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY *eg* D.C.

05 AUG 29 AM 8: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| CATHERINE JO ZEBROSKI, BRIAN ZEBROSKI and TANYA TRULLI, next-of-kin and heirs at law of CHARLES D. ZEBROSKI, deceased, | * * * * * | |
| Plaintiffs | * * | |
| vs. | * * | NO: 04-CV-2709 Ml V |
| CENTURY TRANSPORTATION, INC., APPIAN FREIGHT SYSTEMS, LTD, AND GEORGE W. FREEMAN, | * * * * | |
| Defendants. | * | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between them have been settled and that this cause should therefore be dismissed, with prejudice.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's case be, and the same is hereby dismissed with prejudice.

JUDGE

DATED: Aug. 27, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-29-05

33

APPROVED FOR ENTRY:

BY: _____
DAN CHANNING STANLEY,
Attorney for Plaintiffs
422 South Gay Street, 3rd Floor
Knoxville, TN 37902
Phone: 865-544-0101
Fax: 865-544-0536


BY: _____
CARL WYATT, #12304
Attorney for Defendants
26 North Second Street
Memphis, TN 38103
Phone: 901-527-4673
Fax: 901-527-5320
(FILE: #03-500GZ)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02709 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Dan Channing Stanley
LAW OFFICES OF J.D. LEE
422S. Gay Street Suite 301
Knoxville, TN 37902

J. D. Lee
LAW OFFICE OF J.D. LEE
422 S. Gay St.
Ste. 301
Knoxville, TN 37902

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

David C. Zimmaro
WALLACE CHAPAS & ASSOCIATES P.C.
Suite 2200, Grant Building
Pittsburgh, PA 15219--238

Honorable Jon McCalla
US DISTRICT COURT